# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139266

In re DAMONTA DASHAWN LAMARC
WARNER, DESTINY MONAE NELSON,
DAIJA LASIA-NICOLE GENE MARTIN,
LARRY ANDRE WELLONS, and
LA'SKY LA'RHONDA WELLONS, Minors.
_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

KANIQUE WELLONS,
       Respondent-Appellant,

and

LARON DESEAN WELLONS,
       Respondent.
_____/

SC: 139266
COA: 288648
Oakland CC Family Division:
07-733423-NA

On order of the Court, the application for leave to appeal the June 23, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2009

_____
Clerk

d0728